1   Gina Fazio, Esq. #225178
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8               THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10  OTIS NEIHART              )
                             )        1:05-CV-1254 AWI LJO
11                           )
            Plaintiff,        )        STIPULATION AND ORDER TO DISMISS
12                           )
    vs.                      )
13                           )
    JO ANNE B. BARNHART,     )
14  Commissioner of Social   )
    Security,                )
15                           )
            Defendant.        )
16  _____)

17

18          IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on September 29, 2005, on behalf of Plaintiff be dismissed.  After thorough

20  review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21  continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22  dismissal.

23          Dated: October 27, 2006         /s/ Gina Fazio

24                                          GINA FAZIO, ESQ.
                                            Attorney for Plaintiff
25
            Dated: October 31, 2006
26                                          MCGREGOR SCOTT
                                            United States Attorney
27
                                            By: /s/ Kristi C. Kapetan
28                                          (as authorized via facsimile)
                                            KRISTI C. KAPETAN
                                            Assistant U.S. Attorney

1

**ORDER**

2

IT IS SO ORDERED.

3

**Dated:    November 17, 2006**                                   **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2